UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER SPIERER,

                Plaintiff,

Vs

CHRIS JONES, et al.,

                Defendants.

Case No. 08cv5348

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Julio Delara, being duly sworn, deposes and says: I am not a party to this action, am Over 18 years of age and reside at New York, NY:

On June 12, 2008 at 12:05 p.m. at 75 9th Avenue, New York, NY 10011, I served the within SUMMONS, COMPLAINT, ELECTRONIC CASE FILING RULES & INSTRUCTIONS, NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE RONALD L. ELLIS and INDIVIDUAL PRACTICES OF JUDGE SIDNEY H. STEIN on EMI MUSIC PUBLISHING, defendant therein named, by delivering a true copy of same to STEVEN DALLAS, Senior Director.

The person served is a white male, brown hair, 30-40 years old, 5'8"-5'10" in height, 160-170 pounds.

                                                  Julio Delara
                                                  License No. 991178

Sworn to before me this
12th day of June 2008

NOTARY PUBLIC

CASWELL J. BRYAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01-BR5084504
Qualified in Westchester County
My Commission Expires September 02, 2009

**LegalEase, Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796