United States District Court
Southern District of New York

Christopher Spierer,

    -against-

Chris Jones, Bug Music, Inc.,
Payback Industries, Inc. and
EMI Music Publishing.

                Defendants.

**AFFIDAVIT OF SERVICE**
Civil Action # 08 CIV 5348

COUNTY OF ALBANY SS:
STATE OF NEW YORK

Denise L. Dooley, being duly sworn says: Deponent is over the age of eighteen years and is a resident of New York State, that: Deponent served the following specific papers in the above entitled action: Summons in a Civil Action, Complaint, Electronic Case Filing Rules & Instructions, Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction, Individual Practices of Magistrate Judge Ronald L. Ellis and Individual Practices of Judge Sidney H. Stein, under Section 306 of the Business Corporation Law. The corporation which was served was: **PAYBACK INDUSTRIES, INC.**

That on the 17th day of June 2008 at approx. 9:30 a.m., at the office of Department of State of New York, in the City of Albany, two (2) copies of the aforesaid papers were served by personally delivering to and leaving with Chad Matice known to me to be in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid to the Secretary of State the fee prescribed by Law in the amount of $40.00.

Description of Chad Matice - Authorized Person
white male, approx. 28 yrs., 6'0", 195 lbs., brown hair, glasses

                                                              Denise L. Dooley

Sworn to before me
this 17th day of June, 2008.

FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
No. 4721156
Commission Expires July 31, 2010