USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

CHRISTOPHER SPIERER,

               Plaintiff,

    -against-

CHRIS JONES, individually, on behalf of THE ESTATE OF BURNETTA JONES, and doing business as BUNBUD MUSIC and/or ETERNAL LIFE MUSIC; PAYBACK INDUSTRIES, INC., doing business as NEW GIGI MUSIC and NHBA MUSIC; BUG MUSIC, INC.; and, EMI MUSIC PUBLISHING, a division of EMI GROUP PLC.,

               Defendants.

---------------------------------------------------------------X

Case No. 08 CV 5348 (SHS)

**STIPULATION**

      IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the time for defendant Stone Diamond Music Corp. (incorrectly sued as "EMI Music Publishing") to answer, move or otherwise respond to the Complaint in this action is extended through and including August 5, 2008.

      IT IS FURTHER STIPULATED that facsimile signatures on this stipulation shall have the same force and effect as original signatures and that this stipulation may be executed in counterparts.

Dated: New York, New York
       June 30, 2008

| | |
|---|---|
| CAPLAN & ROSS, LLP | PRYOR CASHMAN LLP |
| By: _____<br>Brian D. Caplan (BC-1713)<br>Jonathan J. Ross (JR-0581)<br>100 Park Avenue, 18th Fl.<br>New York, New York 10017<br>(212) 973-2376<br>Attorneys for Plaintiff | By: _____<br>Donald S. Zakarin (DZ-6355)<br>Ilene S. Farkas (IF-3212)<br>410 Park Avenue<br>New York, New York 10022<br>(212) 421-4100<br>Attorneys for Defendant<br>Stone Diamond Music Corp.<br>(incorrectly sued as "EMI Music Publishing") |

**SO ORDERED:**

This 1st day of July, 2008

_____
U.S.D.J.

2