UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

CHRISTOPHER SPIERER,

    Plaintiff,

    -against-

CHRIS JONES, individually, on behalf of THE ESTATE
OF BURNETTA JONES, and doing business as
BUNBUD MUSIC and/or ETERNAL LIFE MUSIC;
PAYBACK INDUSTRIES, INC., doing business as
NEW GIGI MUSIC and NHBA MUSIC; BUG MUSIC,
INC., and EMI MUSIC PUBLISHING, a division of EMI
GROUP PLC.,

    Defendants.
-------------------------------------------------------------- x

: Civil Action No. 08 Civ. 5348 (SHS)

Stipulation

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Defendant Payback Industries Inc. and Plaintiff Christopher Spierer, Defendant Payback Industries Inc.'s time to serve and file an answer to Plaintiff Christopher Spierer's complaint (or otherwise move with respect thereto) shall be adjourned to July 25, 2008.

Dated: New York, New York
       July 7, 2008

| CAPLAN & ROSS, LLP | REISS EISENPRESS LLP |
|---|---|
| By: _____ | By: _____ |
| Brian D. Caplan (BC-1713) | Sherri L. Eisenpress (SLE-2531) |
| Jonathan J. Ross (JR-0581) | Audrey E. Weinberger (AEW-7150) |
| Attorneys for Plaintiff | Attorneys for Defendant Payback Industries |
| 100 Park Avenue, 18th Floor | 425 Madison Avenue, 11th Floor |
| New York, NY 10017 | New York, NY 10017-1110 |
| (212) 973-2376 | (212) 753-2424 |

SO ORDERED: 7/9/08

_____
U.S.D.J.