JUL-11-2008 10:28 From:
.07/10/2008 17:36    2125097239    MITCHELL SILBERBERG

To:12125097239

STEIN, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER SPIERER,

    Plaintiff,

v.

CHRIS JONES, individually, on behalf of THE ESTATE OF BURNETTA JONES, and doing business as BUNBUD MUSIC and/or ETERNAL LIFE MUSIC; PAYBACK INDUSTRIES, INC., doing business as NEW GIGI MUSIC and NHBA MUSIC; BUG MUSIC INC., and EMI MUSIC PUBLISHING, a division of EMI GROUP PLC.,

    Defendants.

Civil Action No. 08 Civ. 5348 (SHS)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, counsel for plaintiff Christopher Spierer and defendant Bug Music Inc., that the defendant's time to move, answer or otherwise respond to the complaint in the above-referenced action is extended until August 19, 2008.

The parties may execute this Stipulation in separate counterparts, each of which shall be deemed an original instrument, and facsimile copies shall be treated as originals.

There have been no prior requests for an adjournment presented to the Court.

1893068.1

JUL-11-2008 10:28 From:
07/10/2008 17:36    2125097239

To:12125097239
MITCHELL SILBERBERG

Page:4/4
PAGE 04/04

DATED: New York, New York
July 10, 2008

| CAPLAN & ROSS, LLP | MITCHELL SILBERBERG & KNUPP LLP |
|---|---|
| By: _____<br>Brian D. Caplan (BC-1713)<br>100 Park Avenue, 18th Floor<br>New York, NY 10017<br>Telephone: (212)973-2376 | By: _____<br>Christine Lepera (CL-9311)<br>12 East 49th Street, 30th Floor<br>New York, New York 10017-1028<br>Telephone: (917) 546-7703 |
| *Attorneys for Plaintiff Christopher Spierer* | *Attorneys for Defendant Bug Music, Inc.* |

SO ORDERED 7/11/08

_____
U.S.D.J.

2

893063.1