AUG-05-2008 11:02 From:    To:

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CHRISTOPHER SPIERER,

           Plaintiff,

    -against-

CHRIS JONES, individually, on behalf of THE
ESTATE OF BURNETTA JONES, and doing
business as BUNBUD MUSIC and/or ETERNAL
LIFE MUSIC; PAYBACK INDUSTRIES, INC.,
doing business as NEW GIGI MUSIC and NHBA
MUSIC; BUG MUSIC, INC.; and, EMI MUSIC
PUBLISHING, a division of EMI GROUP PLC.,

           Defendants.

------------------------------------------------------------X

Case No. 08 CV 5348 (SHS)

**STIPULATION**

    IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the time for defendant Stone Diamond Music Corp. (incorrectly sued as "EMI Music Publishing") to answer, move or otherwise respond to the Complaint in this action is extended through and including August 29, 2008.

    IT IS FURTHER STIPULATED that facsimile signatures on this stipulation shall have the same force and effect as original signatures and that this stipulation may be executed in counterparts.

Dated: New York, New York
       August 5, 2008

CAPLAN & ROSS, LLP                          PRYOR CASHMAN LLP

By: _____             By: _____
    Brian D. Caplan (BC-1713)                Donald S. Zakarin (DZ-6355)
    Jonathan J. Ross (JR-0581)               Ilene S. Farkas (IF-3212)
    100 Park Avenue, 18th Fl.                410 Park Avenue
    New York, New York 10017                 New York, New York 10022
    (212) 973-2376                           (212) 421-4100
    Attorneys for Plaintiff                  Attorneys for Defendant
                                             Stone Diamond Music Corp.
                                             (incorrectly sued as "EMI Music Publishing")

SO ORDERED:
This 6th day of August, 2008

_____
U.S.D.J.

2