08/11/2008 15:01 FAX 212 753 3829          R.E. & E.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
CHRISTOPHER SPIERER,

        Plaintiff,

        -against-

CHRIS JONES, individually, on behalf of THE ESTATE
OF BURNETTA JONES, and doing business as
BUNBUD MUSIC and/or ETERNAL LIFE MUSIC;
PAYBACK INDUSTRIES, INC., doing business as
NEW GIGI MUSIC and NHBA MUSIC; BUG MUSIC,
INC., and EMI MUSIC PUBLISHING, a division of EMI
GROUP PLC.,

        Defendants.
-------------------------------------------------------------- x

Civil Action No. 08 Civ. 5348 (SHS)

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Defendant Payback Industries Inc. and Plaintiff Christopher Spierer, Defendant Payback Industries Inc.'s time to serve and file an answer to Plaintiff Christopher Spierer's complaint (or otherwise move with respect thereto) shall be adjourned from August 12, 2008 to August 27, 2008.

Dated:  New York, New York
          August 11, 2008

CAPLAN & ROSS, LLP

By: _____
Brian D. Caplan (BC-1713)
Jonathan J. Ross (JR-0581)
Attorneys for Plaintiff
100 Park Avenue, 18th Floor
New York, NY 10017
(212) 973-2376

REISS EISENPRESS LLP

By: _____
Sherri L. Eisenpress (SLE-2531)
Audrey E. Weinberger (AEW-7150)
Attorneys for Defendant Payback Industries
425 Madison Avenue, 11th Floor
New York, NY 10017-1110
(212) 753-2424

SO ORDERED 8/12/08

_____
SIDNEY H. STEIN
U.S.D.J.