USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER SPIERER,

    Plaintiff,

v.

CHRIS JONES, individually, on behalf of THE ESTATE OF BURNETTA JONES, and doing business as BUNBUD MUSIC and/or ETERNAL LIFE MUSIC; PAYBACK INDUSTRIES, INC., doing business as NEW GIGI MUSIC and NHBA MUSIC; BUG MUSIC INC., and EMI MUSIC PUBLISHING, a division of EMI GROUP PLC.,

    Defendants.

Civil Action No. 08 Civ. 5348 (SHS)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, counsel for plaintiff Christopher Spierer and defendant Bug Music Inc., that the defendant's time to move, answer or otherwise respond to the complaint in the above-referenced action is extended until September 5, 2008.

The parties may execute this Stipulation in separate counterparts, each of which shall be deemed an original instrument, and facsimile copies shall be treated as originals.

There has been one prior request for an adjournment presented to the Court, which request was granted. The prior response date was August 19, 2008.

1893068.2

DATED:   New York, New York
         August 14, 2008

CAPLAN & ROSS, LLP

By: _____
Brian D. Caplan (BC-1713)
100 Park Avenue, 18th Floor
New York, NY 10017
Telephone: (212)973-2376

*Attorneys for Plaintiff Christopher Spierer*

SO ORDERED: 8/18/08

_____
U.S.D.J.

MITCHELL SILBERBERG & KNUPP LLP

By: _____
Christine Lepera (CL-9311)
12 East 49th Street, 30th Floor
New York, New York 10017-1028
Telephone: (917) 546-7703

*Attorneys for Defendant Bug Music, Inc.*

2

1893068.2