Steing J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER SPIERER,

       Plaintiff,

    v.

CHRIS JONES, individually, on behalf of THE
ESTATE OF BURNETTA JONES, and doing
business as BUNBUD MUSIC and/or
ETERNAL LIFE MUSIC; PAYBACK
INDUSTRIES, INC., doing business as NEW
GIGI MUSIC and NHBA MUSIC; BUG
MUSIC INC., and EMI MUSIC
PUBLISHING, a division of EMI GROUP
PLC.,

       Defendants.

Civil Action No. 08 Civ. 5348 (SHS)

**STIPULATION**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

counsel for plaintiff Christopher Spierer and defendant Bug Music Inc., that the defendant's time

to move, answer or otherwise respond to the complaint in the above-referenced action is

extended until September 19, 2008.

    The parties may execute this Stipulation in separate counterparts, each of which shall be

deemed an original instrument, and facsimile copies shall be treated as originals.

    There have been two prior requests for adjournments presented to the Court, which

request was granted. The prior response date is September 5, 2008.

1893068.2

08 Civ 5348 (SHS)

DATED:    New York, New York
          September 4, 2008

CAPLAN & ROSS, LLP

By: _____
Brian D. Caplan (BC-1712)
100 Park Avenue, 18th Floor
New York, NY 10017
Telephone: (212)973-2376

*Attorneys for Plaintiff Christopher Spierer*

SO ORDERED: _____

_____
                    U.S.D.J.

MITCHELL SILBERBERG & KNUPP LLP

By: _____
Christine Lepera (CL-9311)
12 East 49th Street, 30th Floor
New York, New York 10017-1028
Telephone: (917) 546-7703

*Attorneys for Defendant Bug Music, Inc.*

2

1893068.2