**CAPLAN & ROSS, LLP**

Brian D. Caplan
Jonathan J. Ross

Nicole L. Mondschein

OF COUNSEL
Joseph Einstein
† Also admitted in Florida

100 PARK AVENUE, 18TH FLOOR
NEW YORK, NEW YORK 10017

TEL: 212 973 2376
FAX: 212 061 4290

www.caplanross.com

RECEIVED
MAR 30 2009
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/09

Jonathan J. Ross
Direct: (212) 973-2378
jross@caplanross.com

March 30, 2009

**BY FAX**

Honorable Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street, Room 1010
New York, New York 10007

Re: **Spierer v. Jones et al., 08 Civ. 5348 (SHS)**

Dear Judge Stein:

We are attorneys for Plaintiff in the action referred to above. On February 27, 2009, the Court entered a conditional dismissal order in this action, subject to reinstatement within thirty days if the settlement did not consummate. While I believe a settlement will still be reached, due to certain medical issues of plaintiff, and logistical issues with counsel for one of the defendants (who has recently relocated his practice), the settlement has not yet been finalized. Rather than reinstate the action, however, I believe that a brief extension of the conditional order would be beneficial and will permit the settlement to be achieved.

Accordingly, I respectfully request that the conditional order be extended for thirty days to permit the settlement to be completed (or, alternatively, that the action be reinstated).

Thank you for your consideration of this request.

Respectfully submitted,

Jonathan J. Ross

cc via fax: Lawrence Hinkle, Esq.
Sherri Eisenpress, Esq.
Christine Lepera, Esq.
Ilene Farkas, Esq.

*The time to reinstate this action is extended to April 30, 2009.*

SO ORDERED 3/30/09

SIDNEY H. STEIN
U.S.D.J.